PRESKA, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATHANIEL SIMS,

                Plaintiff,                      04 **CIVIL** 0614 (LAP)

        -against-                           **JUDGMENT**

CORRECTION OFFICER MIKE J BLOT, et.al.,
                        Defendants.
------------------------------------------------------------X

        The issues in the above-entitled action having been brought on for trial before the Honorable Loretta A Preska, United States District Judge, and a jury on April 6, 2009, and at the conclusion of the trial on April 9, 2009, the jury having returned a verdict in favor of the defendant, it is,

        **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

**DATED:** New York, New York
              April 13, 2009

**SO ORDERED**

*Loretta A Preska*
    USDJ

                                    **J. MICHAEL McMAHON**
                                      Clerk of Court
                               BY:
                                      Deputy Clerk

[U.S. DISTRICT COURT FILED APR 14 2009 S.D. OF N.Y.]

[RECEIVED APR 13 2009 LORETTA A. PRESKA U.S. DISTRICT JUDGE S.D.N.Y.]